## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **STEWART P. SPARKS, III,** on behalf of himself and on behalf of others similarly situated, | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Case No. _____<br>)<br>) |
| **CULLMAN ELECTRIC COOPERATIVE,** | )<br>)<br>) |
| **Defendant.** | ) |

### CORPORATE DISCLOSURE STATEMENT

Pursuant Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cullman Electric Cooperative states as follows: Defendant has no parent corporation and no publicly-held corporation owns ten percent or more of its stock.

Respectfully submitted this 23rd day of February, 2015

**CULPEPPER & ASSOCIATES, LLC**

By: s/ Tim Culpepper
  Tim Culpepper (AL Bar 6875-C35T)
  206th 9th St. SW
  Cullman, AL 35055
  256-737-0740
  tculpepper@cullmanlawyers.net

  *Attorneys for Defendant Cullman Electric Cooperative*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing pleading was served by depositing same in the United States Mail, with sufficient postage affixed thereon to ensure delivery to:

Thomas E. Baddley, Jr.
Jeffrey P. Mauro
John Parker Yates
Baddley & Mauro, LLC
850 Shades Creek Parkway, Suite 310
Birmingham, AL  35209

Andrew P. Campbell
John C. Guin
Stephen D. Wadsworth
Campbell, Guin, Williams, Guy & Gidiere, LLC
505 N. 20th St. North, Suite 1600
Birmingham, AL  35203

Terry Lucas Butts
279 E 1st Street
Luverne, AL  36049

William Morgan Rayborn, Jr.
Rayborn Law Firm, LLC
9385 North Main Street
P.O. Box 46
Brantley, AL  36009

Dated this 23rd day of February, 2015.

**CULPEPPER & ASSOCIATES, LLC**

By: s/ Tim Culpepper
    Tim Culpepper (AL Bar 6875-C35T)

12981382v1 15510-0001